UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 25-3885-MWF(ASx)**                                    Date:  August 19, 2025

Title   ***Dale Hahn v. Farmers Group, Inc.***

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on May 1, 2025.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on July 30, 2025.  On May 20, 2025, Plaintiff filed a Proof of Service as to Defendant Farmers Group, Inc.  (Docket No. 9).  A response to the Complaint was due June 5, 2025.

On June 12, 2025, the Court filed an Order to Show Cause (the "OSC") for lack of prosecution and requiring a response no later than June 27, 2025.  (Docket No. 10).  On June 12, 2025, Plaintiff filed a First Amended Complaint (the "FAC").  On June 13, 2025, Plaintiff filed a Waiver of Service (the "Waiver") signed by counsel for "All Defendants."  (Docket No. 12).  As reflected in the Waiver, Defendants' response to the FAC was due no later than August 12, 2025.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 5, 2025**.

- ■ By Defendants:  Response to the FAC.  The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the FAC.

    OR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 25-3885-MWF(ASx)**                                    Date:  August 19, 2025

Title        ***Dale Hahn v. Farmers Group, Inc.***

■ By Plaintiff:  Application to the Clerk to Enter Default as to properly served Defendants who have not timely responded to the FAC.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **SEPTEMBER 5, 2025**, will result in the dismissal of this action.

IT IS SO ORDERED.